JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA CERVANTES,<br><br>                Petitioner,<br><br>     v.<br><br>WARDEN, Victorville Camp FCI Medium, I,<br><br>                Respondent. | Case No. 5:23-cv-01516-DSF-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders and the Local Rules, and Respondent's motion to dismiss is denied as moot.

DATED: 2/22/24

                            HONORABLE DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE